**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RODNEY WESTON,                                                                                          PETITIONER
ADC #132833

v.                                            No. 5:16CV00238-JLH-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                                                         RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

SO ORDERED this 24th day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE